**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 97-1585**

─────────

WYMON GRIFFIN,

                                Claimant - Appellant,

        and

WILMA OLIPHANT; BERNICE HOWIE; BERTHA ANDER-
SON; RUTH COLEMAN; PAMELA BENNETT; KIM WAL-
LACE; RANDY TUCKER; ROBERTA SASPORTAS; ANITA
SINGLEY; CHARLES NORWOOD; LULA B. MILLER;
EVELYN ALEXANDER; YVONNE SESSOMS; BERTHA
CHISHOLM; LILIE ANN STEWART; ANTWERP DUNCAN;
MILDRED GLENN; CHARLOTTE CHAPTER OF THE OLD
NORTH STATE MEDICAL, DENTAL AND PHARMACEUTICAL
SOCIETY; TERRY RAGIN,

                                Plaintiffs,

        versus

CHARLOTTE MEMORIAL HOSPITAL AND MEDICAL CEN-
TER; CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY,

                          Defendants - Appellees.

─────────

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Graham C. Mullen, District
Judge. (CA-78-326-C-C-MU, CA-78-370-C-C-MU)

─────────

Submitted: August 14, 1997      Decided: August 20, 1997

─────────

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wymon Griffin, Appellant Pro Se. John Oliver Pollard, David Lee Terry, BLAKENEY & ALEXANDER, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order adopting the Special Master's Report: Final Findings and Recommendations Concerning the Stage II Claim of Wymon Griffin, and denying Appellant's motion to vacate the order of reference to the special master. We have reviewed the record and the district court's opinion accepting the recommendation of the Special Master and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Griffin v. Charlotte Memorial Hosp. & Medical Ctr., Nos. CA-78-326-C-C-MU; CA-78-370-C-C-MU (W.D.N.C. Mar. 6, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED